UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-88-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| ESTEBAN RIVERA, ) | |
| Defendant. ) | |

This matter is before the court upon the motion [DE-61] by defendant to correct the attachment to Document 55. Document 55 was correctly labeled as a Motion for Leave to File other Pretrial Motions; however, the attached document was a Motion for a Franks Hearing.

For good cause shown, defendant's motion to correct the attachment to Document 55 is ALLOWED. However, defendant's motion requesting leave to file "further pretrial motions as necessary in this matter" is DENIED AS MOOT as relief has been provided by the court's Order of October 4, 2010, allowing additional time to file such motions. [DE-59].

This, the 7th day of October, 2010.

_____
Robert B. Jones, Jr.
United States Magistrate Judge