# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Esteban Rivera | )<br>)<br>)<br>) Case No: 7:10-CR-88-4FL<br>) USM No: 54660-056<br>) |
| Date of Original Judgment: June 27, 2011<br>Date of Previous Amended Judgment:<br>(Use Date of Last Amended Judgment if Any) | ) Robert Waters<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 73 months **is reduced to** 68 months.
This sentence consists of 8 months on Count 1 and 60 months on Count 5, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 27, 2011, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/6/2014

Effective Date: November 1, 2015
*(if different from order date)*

*/s/ Louise W. Flanagan*
Judge's signature

Louise W. Flanagan, U.S. District Judge
Printed name and title